IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL ROSA-DIAZ** | : | Civil No. 1:19-cv-1914 |
| Plaintiff, | : | |
| v. | : | |
| **RIVELLO, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, IT IS HEREBY ORDERED as follows:

1) The report and recommendation of the magistrate judge is ADOPTED.

2) The defendants' motion to dismiss (Doc. 20) is GRANTED and the pendant state law claims are HEREBY REMANDED to state court.

3) Rosa-Diaz's motion to amend (Doc. 25) is DENIED WITHOUT PREJUDICE. <u>Within 21 days of the date of this order</u>, Rosa-Diaz may file a second amended complaint alleging well-pleaded facts in support of the narrowly tailored retaliation claims set forth at paragraphs 17, 20, 59-67, 100 and 109 of his amended complaint.

4) The defendants' motion to strike (Doc. 34) is GRANTED.

5) The Clerk of Court is directed to close this case.

6) Any appeal taken from this order is deemed frivolous and not in good faith.

                                            <u>s/Sylvia H. Rambo</u>
                                            United States District Judge

Dated: November 3, 2020